UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: <u>13</u>

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by <u>J.P. Morgan Mortgage Acquisition Corp</u>, creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.
    Payments were made to the correct address.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____        *[signature]* _____
                                    Debtor's Signature

Date: _____        _____
                                    Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

# EXHIBIT A

**ERIC DOMBROWSKI**
424 KENNEDY ST
ISELIN, NJ 08830-1213

906

1-7145/2260
21

Date: 5-2-22

Pay to the Order of: Rosh mace       $2170.72

Two thousand one hundred Seventy 72/100 Dollars

**Northfield Bank**
1410 St. Georges Ave
Avenel, NJ 07001
www.eNorthfield.com

For: 7601563675

Signature: E. [signature]

⑈226071457⑈  ⑈7766⑈ 00906

226078457

▮▮▮▮▮▮7766

ERIC DOMBROWSKI

Security Features exceed industry standards and include:
- ImageMatch©: Matching account and check number on back (Patent No. 9,240,058)
- MobileMark©: Mobile Deposit check mark to indicate check has been deposited via mobile device
- The Security Weave© pattern on back designed to deter fraud
- Microprint (MP) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit© icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive Ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back


Photo Safe Deposit©

0910535490
2022-05-10
MAY9'22am11:57
RICOH

ENDORSE HERE
PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
RLMS PAYMENT CLEARING

C1122039028P MOBILE/REMOTE DEPOSIT
4443ElnAM5o2 FINANCIAL INSTITUTION ON LINE ABOVE

**ERIC DOMBROWSKI**
424 KENNEDY ST
ISELIN, NJ 08830-1213

913
1-7145/2260
21

Date: 6-8-22

Pay to the Order of: Rushmore Loan    $ 2,170.00

Two thousand + Seventy-two — Dollars

Northfield Bank
1410 St. Georges Ave
Avenel, NJ 07001
www.enbnorthfield.com

For: 7601563625

Signature: a Nell

⑆226071457⑆  7766⑈ 00913

226078457

7766

ERIC DOMBROWSKI

Security Features exceed industry standards and include:
* ImageMatch©: Matching account and check number on back (Patent No. 9,240,030).
* MobileMark©: Mobile Deposit check mark to indicate check has been deposited via mobile device
* The Security Weave© pattern on back designed to deter fraud
* Microprint (MP) lines printed on front and back
* The words "ORIGINAL DOCUMENT" across the back
* Photo Safe Deposit© icon visible on front and back

Do not cash it:
* Any of the features listed above are missing or appear altered
* Fugitive ink on back looks pink or has disappeared
* Brown stains or colored spots appear on both front and back

Photo Safe Deposit

0910159524
2022-06-21

ENDORSE HERE

☐ CHECK BOX FOR MOBILE/REMOTE DEPOSIT
WRITE NAME OF FINANCIAL INSTITUTION ON LINE ABOVE

X



# EXHIBIT B

| | |
|---|---|
| **From:** | myLoanRLMS@Rushmorelm.com |
| **To:** | Elissa Kelly |
| **Subject:** | Payment Applied |
| **Date:** | Tuesday, May 10, 2022 3:26:57 PM |



05/10/2022

Loan Number: *3675

ERIC DOMBROWSKI
424 KENNEDY ST
ISELIN , NJ 08830

==Your $2170.72 payment has successfully posted.==

Login to your account on **MyRushmoreLoan.com** to view your transaction history.

If you need further assistance, please login to view your account details, send a secure message, or chat with an agent.

Thank you for being a valued customer.
Rushmore Customer Care

This message is for information purposes only. Please do not respond to this email address.

The information contained in this message is proprietary and/or confidential.If you are not the intended recipient, please: (i) delete the message and all copies;(ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by persons other than the intended recipient.Thank you.

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this communication is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

Equal Housing Opportunity | NMLS ID# 185729 | 1755 Wittington Place Suite 400 Dallas, TX 75234 | 888.504.6700 | www.rushmorelm.com

| | |
|---|---|
| **From:** | myLoanRLMS@Rushmorelm.com |
| **To:** | Elissa Kelly |
| **Subject:** | Payment Applied |
| **Date:** | Saturday, June 18, 2022 3:08:52 PM |



06/18/2022

Loan Number: *3675

ERIC DOMBROWSKI
424 KENNEDY ST
ISELIN , NJ 08830

<mark>Your $2070.00 payment has successfully posted.</mark>

Login to your account on **MyRushmoreLoan.com** to view your transaction history.

If you need further assistance, please login to view your account details, send a secure message, or chat with an agent.

Thank you for being a valued customer.
Rushmore Customer Care

This message is for information purposes only. Please do not respond to this email address.

The information contained in this message is proprietary and/or confidential.If you are not the intended recipient, please: (i) delete the message and all copies;(ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by persons other than the intended recipient.Thank you.

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this communication is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

Equal Housing Opportunity | NMLS ID# 185729 | 1755 Wittington Place Suite 400 Dallas, TX 75234 | 888.504.6700 | www.rushmorelm.com

| | |
|---|---|
| **From:** | myLoanRLMS@Rushmorelm.com |
| **To:** | Elissa Kelly |
| **Subject:** | Payment Applied |
| **Date:** | Friday, July 15, 2022 3:14:31 PM |



07/15/2022

Loan Number: *3675

ERIC DOMBROWSKI
424 KENNEDY ST
ISELIN , NJ 08830

==Your $2226.23 payment has successfully posted.==

Login to your account on **MyRushmoreLoan.com** to view your transaction history.

If you need further assistance, please login to view your account details, send a secure message, or chat with an agent.

Thank you for being a valued customer.
Rushmore Customer Care

This message is for information purposes only. Please do not respond to this email address.

The information contained in this message is proprietary and/or confidential.If you are not the intended recipient, please: (i) delete the message and all copies;(ii) do not disclose, distribute or use the message in any manner; and (iii) notify the sender immediately. In addition, please be aware that any message addressed to our domain is subject to archiving and review by persons other than the intended recipient.Thank you.

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this communication is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

Equal Housing Opportunity | NMLS ID# 185729 | 8616 Freeport Pkwy, Suite 100, Irving, TX 75063 | 888.504.6700 | www.rushmorelm.com

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

VELLA, SINGER AND ASSOCIATES, P.C.
Maureen E. Vella, Esq. 005351985
54 Grove Street, Suite 1B
Somerville, New Jersey   08876
(732) 494-8200
E-Mail: mvella@vellasinger.com
Attorney for Debtor, Eric Dombrowski

| | |
|---|---|
| In Re: <br><br> Eric Dombrowski | Case No.: 22-12621 <br><br> Chapter: 13 <br><br> Hearing Date: 7/27/2022 <br><br> Judge: MBK |

**Supplemental Certification of Debtor, Eric Dombrowski**

I, Eric Dombrowski, am the Debtor in the above captioned case, submits this Supplemental Certification in support of my opposition to the Motion for Relief from Stay filed by Emmanuel J. Argentieri, Esq., on behalf of J.P. Morgan Mortgage Acquisition Corp./Rushmore.

1.  J.P. Morgan Mortgage Acquisition Corp./Rushmore states that "Movant's interest in subject property are being harmed." In fact, I am being harmed because J.P. Morgan Mortgage Acquisition Corp./Rushmore has not paid post-petition property taxes and now I am under a Consent Order obligation to have these paid by August 8, 2022. I am in fear that J.P. Morgan Mortgage Acquisition Corp/Rushmore will not do the right thing so I am going to pay the Township of Woodbridge directly.

2.  Further, I do not understand is why J.P. Morgan Mortgage Acquisition Corp./Rushmore says they have $0 in a suspense account because they have received my payments. I have no idea what J.P. Morgan Mortgage Acquisition Corp./Rushmore has done with my payments and I respectfully request that Rushmore account properly for all funds paid by me.

3.  I respectfully request the Court to deny the Movant's request as I have been compliant with my payments.

I certify under penalty of perjury that the above is true.

Date:  7/15/2022

_____
Eric Dombrowski